**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:                                                                 Chapter 13

Shirley Coker                                                          No.   09-46433

             Debtor                                         Hon.  Janet S. Baer

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

    PLEASE TAKE NOTICE that on March 30, 2015, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

                                            _____/s/ Ross Brand_____

**Certificate of Service**

    The undersigned certifies that she served a copy of the Notice of Filing and <u>Response to Notice of Final Cure</u> on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Law Offices of Bennie W Fernandez and Marilyn O Marshall on March 30, 2015.

                                            _____/s/ Ross Brand_____

Ross Brand ARDC#6294886
Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-236-0077

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Shirley Coker
12004 South LaSalle Street
Chicago, IL 60628

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604

Law Offices of Bennie W Fernandez
108 W Madison Street